**Opinion issued May 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00963-CV

———————————

**ANITA AKPA, Appellant**

**V.**

**AGHAEGBUNA ODELUGO, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Case No. 18-CCV-062922**

---

## MEMORANDUM OPINION

Appellant's brief was originally due February 25, 2019. On March 13, 2019, we issued a notice advising appellant that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellant neither timely filed

a brief nor provided the Clerk of this Court with any other address.[1] *See* TEX. R. APP. P. 9.1(b) ("A party not represented by counsel must sign any document . . . and give the party's mailing address, telephone number, fax number, if any, and email address."); 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.

---

[1] Our notice that the brief was late and that the appeal might be dismissed was sent to the pro se appellant, but the copy mailed to appellant at his last known address was returned as undeliverable. Appellant has not provided this Court with a current address.